UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                            Case No.  2:15-mj-30459-DUTY

v.

TAYLOR SEMAJ WILLIAMS,

        Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE TAYLOR SEMAJ WILLIAMS'S MOTION FOR RETURN OF SEIZED PROPERTY (DE 31)

This matter is before the Court for consideration of Taylor Semaj Williams's November 2, 2015 motion for return of seized property.  (DE 31.)  For the reasons stated on the record at today's hearing, this motion is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: November 12, 2015        s/Anthony P. Patti
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of this document was sent to parties of record on November 12, 2015, electronically and/or by U.S. Mail.

                                s/ Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti