UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                Case No.  2:15-mj-30459-DUTY

v.

TAYLOR SEMAJ WILLIAMS,

        Defendant.

_____/

## ORDER DENYING AS MOOT TAYLOR SEMAJ WILLIAMS'S MOTION FOR ORDER TO PRESERVE EVIDENCE (DE 30)

This matter is before the Court for consideration of Taylor Semaj Williams's October 30, 2015 motion requesting an order to preserve evidence.  (DE 30.)  For the reasons stated on the record at today's hearing, this motion is **DENIED AS MOOT**.

        **IT IS SO ORDERED.**

Dated: November 12, 2015        s/Anthony P. Patti
                                                  Anthony P. Patti
                                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of this document was sent to parties of record on November 12, 2015, electronically and/or by U.S. Mail.

                                                  s/ Michael Williams
                                                  Case Manager for the
                                                  Honorable Anthony P. Patti